JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amber Cinincione,<br><br>    Plaintiff,<br><br>    v.<br><br>IQ Data International,<br><br>    Defendant(s). | SACV 11-01495 JVS (AGRx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: November 22, 2011

_____
James V. Selna
United States District Judge